# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GOOGLE LLC,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　Civil Action 2:22-cv-4182
　　　　　　　　　　　　　　　　Chief Judge Algenon L. Marbley
　　　　　　　　　　　　　　　　Magistrate Judge Elizabeth P. Deavers

**GVERIFIER TECHNOLOGIES,**
**LLC d/b/a G VERIFIER AND**
**G VERIFIER PRO,** *et al.,*

      **Defendant.**

## PRELIMINARY PRETRIAL ORDER

Based upon the parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the Court **ADOPTS** the following schedule:

### INITIAL DISCLOSURES

Any initial disclosures shall be made by **MARCH 24, 2023**.

### VENUE AND JURISDICTION

There are no issues related to venue or jurisdiction.

### PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by **JULY 31, 2023**.

### ISSUES

On November 29, 2022, Plaintiff Google LLC initiated this action and asserted six counts against the Defendants for (1) Federal Trademark Infringement (15 U.S.C. § 1114); (2) Federal Unfair Competition and False Designation of Origin (15 U.S.C. § 1125(a)(1)(A)); (3) Federal False Advertising (15 U.S.C. § 1125(a)(1)(B)); (4) Federal Telemarketing and Consumer Fraud and Abuse Protection Act (15 U.S.C. § 6101 et seq); (5) Unfair Competition and Deceptive Trade Practices Under Ohio Common Law and Ohio Rev. Stat. § 4165.02; and (6) Breach of Contract. In the Complaint, Plaintiff claimed that the Defendants have made false and misleading statements about their identity, products, and supposed affiliation with Plaintiff in order to exact payments and sell fake or worthless services to third parties. The parties have stipulated to a 21-day extension of time, up to and including March 14, 2023, for all Defendants to answer or otherwise plead to Plaintiff's Complaint. There is a jury demand.

DISCOVERY PROCEDURES

All discovery shall be completed by **APRIL 30, 2024**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

Google has provided a proposed ESI Protocol to Defendants and hopes to file it with the Court in due course.

Any proposed protective order or clawback agreement shall be filed with the Court by **MARCH 28, 2023**. A Word version of the proposed protective order should be sent to [deavers_chambers@ohsd.uscourts.gov](mailto:deavers_chambers@ohsd.uscourts.gov), for the Undersigned's signature.  Any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.  Form protective orders are available on the Court's website.

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **JULY 15, 2024**.

EXPERT TESTIMONY

Primary expert reports must be produced by **DECEMBER 15, 2023**. Rebuttal expert reports must be produced by **FEBRUARY 28, 2024**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff shall make a settlement demand by **MARCH 31, 2023**. Defendants shall respond by **APRIL 15, 2023**.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **MAY 2024**.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.  The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

The parties have engaged in preliminary settlement discussions. The dates proposed in this report are intended to give the parties sufficient time to explore settlement.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing.  If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

I**T IS SO ORDERED.**


**Date:  February 21, 2023**          */s/ Elizabeth A. Preston Deavers*
                                      **ELIZABETH A. PRESTON DEAVERS**
                                      **UNITED STATES MAGISTRATE JUDGE**