# UNITED STATES DISTRICT COURT
## Southern DISTRICT OF Ohio

| | |
|---|---|
| Google LLC, <br> Plaintiff, <br><br> vs. <br> GVERIFIER Technologies LLC, et al., <br> Defendant(s). | Case No.: 2:22-cv-4182-ALM-EPD <br><br> DEFENDANT'S <br><br> **INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |

TO  Google LLC

AND HIS/HER/ITS COUNSEL OF RECORD:

Defendants _____, referred to below as the
(name)

"disclosing party," hereby submits the following disclosures in accordance with Fed. R. Civ. P. 26 ("Rule 26")

1

**Rule 26(a)(1)(A)(i)** – The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses, unless the use would be solely for impeachment:

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Bharat Parekh | 4655 Hilton Ave Apt C Columbus, Ohio 43228 614-446-7004 | Documents showing innocence of defendants |
| Kaushol Patel | 6663 Millridge Circle Dublin, Ohio 43228 614-772-9970 | Documents showing innocence of defendants |
| Gyanannand Vyas | 6738 Dairylane Drive Dublin, Ohio 43017 | Documents showing innocence of defendants |
| Kavita Vyas | 6738 Dairylane Drive Dublin, Ohio 43017 | Documents showing innocence of defendants |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Rule 26(a)(1)(A)(ii)** – A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses, unless the use would be solely for impeachment. (Please note that the disclosing party may either produce the documents, electronically stored information, and tangible things or fill in the table below.)

| **Description by Category** of Document, Electronically Stored Information, or Tangible Thing | **Description by Location** of Document, Electronically Stored Information, or Tangible Thing |
|---|---|
| Documents Showing Nonuse of Anything Relating to Google | 4655 Hilton Avenue Apt C Columbus Ohio 43228 |
| Documents Showing Nonuse of Anything Relating to Google | 6663 Millridge Creek Dublin, Ohio 43228 |
| Documents Showing Nonuse of Anything Relating to Google | 6738 Dairy Lane Drive Dublin, Ohio 43017 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3

**Rule 26(a)(1)(A)(iii)** – A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material (unless privileged or protected from disclosure) on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

None

Case: 2:22-cv-04182-ALM-EPD Doc #: 44 Filed: 05/27/23 Page: 4 of 6  PAGEID #: 198

4

Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26

**Rule 26(a)(1)(A)(iv)** -- For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

None

Dated: May 27, 2023

                              By: /s/ Richard B. Parry

                              Richard B. Parry (0064777)
                              Trial Counsel
                              341 South Third Street, Suite 100
                              Columbus, Ohio 43215
                              Tel:(614)288-3582
                              parrylaws@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 27th, 2023, a true and correctr fopy of the foregoing DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES has, pursuant Fed. R. P. 5(b)(2)(E), has been served via email on counsel of record at the following addresses:

William G. Porter (17296)
52 East Gay Street
Columbus, Ohio 43214
wgporter@vorys.com

Karey E. Werner (95685)
200 Public Square, Suite 1400
Cleveland, Ohio 44114
kewerner@vorys.com

Whitty Somvichian
Reece Trevor
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
wsomvichian@cooley.com
rtrevor@coley.com

| | |
|---|---|
| Rebecca Givner-Forbes<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 2004-2400<br>rgf@cooley.com<br>jwilliams@cooley.com | Larry James (0021773)<br>Christopher Green (0096845)<br>CRABBE BROWN & JAMES, LLP<br>500 South Front Street 1200<br>Columbus, Ohio 43215<br>ljames@cbjlawyers.com<br>cgreen@cbjlawyers.com |

                              By: /s/ Richard B. Parry

                              Richard B. Parry (0064777)