UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>GVERIFIER TECHNOLOGIES LLC d/b/a G VERIFIERS AND G VERIFIER PRO, *et al.*,<br><br>      Defendants. | Case No. 2:22-cv-04182<br><br>**Chief Judge Algenon L. Marbley**<br><br>**Magistrate Judge Elizabeth Preston Deavers** |

# ORDER

The parties' Joint Motion to Modify Case Schedule is hereby granted.

All discovery shall be completed by **July 1, 2024**. Any dispositive motions shall be filed by **September 13, 2024**.

**IT IS SO ORDERED.**

                                             s/ *Elizabeth A. Preston Deavers*
                                             UNITED STATE MAGISTRATE JUDGE